No. 64631.—Air Express International Agency, Inc. *v.* United States, protest 59/33392 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64632.—C. H. Timm & Son, Inc. *v.* United States, protest 59/33500 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64633.—A. V. Olsson Trading Co., Inc. *v.* United States, protests 59/13127, etc. (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

No. 64634.—Alfred H. Marzolf *v.* United States, protests 322652–K, etc. (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64635.—Border Brokerage Company *v.* United States, protests 58/2120, 58/14045, and 59/8919 (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of shrimp shells similar in all material respects to those the subject of *Border Brokerage Co.* v. *United States* (43 Cust. Ct. 231, C.D. 2132), the claim of the plaintiff was sustained.

No. 64636.—Park & Tilford Import Corp. et al. *v.* United States, protests 986113–G, etc. (New York).

Opinion by RICHARDSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 64637.—Washington State Liquor Control Board *v.* United States, protests 69670–K, 69671–K, and 87696–K (Seattle).

Opinion by RICHARDSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 5, 1960

No. 64638.—Otto Kadmon *v.* United States, protest 59/8061 (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

No. 64639.—Rice Bayersdorfer Company et al. *v.* United States, protests 59/27118, etc. (Philadelphia).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

No. 64640.—Geo. Borgfeldt Corp. *v.* United States, protest 60/4978 (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of celluloid figures similar in all material respects to